IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MCGRATH, JAMES | ) | CASE NO. 17-33210 |
| PRUNTY, ASHLEY | ) | |
| | ) | |
| Debtors | ) | |

## **ORDER**

Motion having been made and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED that the Order of Confirmation is amended to reflect the arrearage of $5.10 filed by Fifth Third Mortgage Company in Claim 11 to be paid through the Chapter 13 plan.

Prepared by:

MICAH C. DANIELS
DANIELS ASSOCIATES, LLP
401 W. Main Street, Suite 801
Louisville, KY  40202
(502) 583-8300
Fax: (502) 584-4208