**Fill in this information to identify the case:**

Debtor 1  James McGrath & Ashley Prunty

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Kentucky

Case number  1733210

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**
Rushmore Loan Management Services LLC

**Court claim no.** (if known): 5

**Date of payment change:**
Must be at least 21 days after date
of this notice

03/01/2021

**New total payment:**
Principal, interest, and escrow, if any

$ 1150.14

**Last 4 digits** of any number you use to
identify the debtor's account:

1  5  0  8

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 279.76          New escrow payment: $ 242.66

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____%          New interest rate: _____%

Current principal and interest payment: $ _____          New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
| --- | --- |

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect*.)
Reason for change:

Current mortgage payment: $ _____          New mortgage payment: $ _____

James McGrath & Ashley Prunty
Debtor
First Name          Middle Name          Last Name

Case Number (if known)          17-33210

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/Sahm Lovan_____     Date ___02/03/2021_____
     Signature

Print: Lovan, Sahm_____     Vice President Loan Documentation_____
    First Name    Middle Name    Last Name    Title

Company  Wells Fargo Bank, N.A._____

Address    MAC N9286-01Y_____
    Number        Street

    1000 Blue Gentian Road_____
    Address 2

    Eagan            MN    55121-7700
    City           State    ZIP Code

Contact phone  800-274-7025_____     NoticeOfPaymentInquiries@wellsfargo.com_____
                                 Email

# UNITED STATES BANKRUPTCY COURT

Western District of Kentucky

Chapter   13  No.  1733210

Judge:  Alan C. Stout

In re:

James McGrath & Ashley Prunty

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before February 04, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

James McGrath & Ashley Prunty
227 Forest Trace

Radcliff KY 40160

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

Micah Daniels

401 West Main St, Suite 801

Louisville Ky 40202

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

William W. Lawrence -13

310 Republic Plaza 200 S. Seventh Street

Louisville KY 40202

/s/Sahm Lovan

Vice President Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO** | **HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

Escrow Review Statement
*For informational purposes only*

| | |
|---|---|
| **Statement Date:** | January 11, 2021 |
| **Loan number:** | ▇▇▇▇▇▇▇▇▇ |

**Property address:**
227  FOREST TRCE
RADCLIFF KY 40160

JAMES C MCGRATH JR
ASHLEY R PRUNTY
227 FOREST TRCE
RADCLIFF KY 40160-9448

## Customer Service

 **Online**
wellsfargo.com

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **To learn more, go to:**
wellsfargo.com/escrow

**Telephone**
1-800-340-0473

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **March 1, 2021** payment, the contractual portion of the escrow payment **decreases**.

> The escrow account has an overage of
> **$559.66**

## Part 1 - Mortgage payment

**New Payment** | The new total payment will be $1,150.14

| | Previous payment through 02/01/2021 payment date | New payment beginning with the 03/01/2021 payment |
|---|---|---|
| **Principal and/or interest** | $907.48 | $907.48 |
| **Escrow payment** | $279.76 | $242.66 |
| **Total payment amount** | $1,187.24 | $1,150.14 |

> ### No action required
>
> Starting **March 1, 2021** the new contractual payment amount will be **$1,150.14**

**See Page 2 for additional details.**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $2,911.91. For the coming year, we expect the amount paid from escrow to be $2,911.91.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 03/18 - 02/19 (Actual) | 03/19 - 02/20 (Actual) | 03/20 - 01/21 (Actual) | 03/21 - 02/22 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| Property taxes | $1,758.78 | $1,773.83 | $1,499.94 | $1,499.94 | ÷ | 12 | = | $125.00 |
| Property insurance | $1,512.75 | $1,533.11 | $1,411.97 | $1,411.97 | ÷ | 12 | = | $117.66 |
| Total taxes and insurance | $3,271.53 | $3,306.94 | $2,911.91 | $2,911.91 | ÷ | 12 | = | $242.66 |
| Escrow shortage | $10.12 | $327.48 | $50.14 | $0.00 | | | | |
| Total escrow | $3,281.65 | $3,634.42 | $2,962.05 | $2,911.91 | | | | $242.66 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | | |
|---|---|---|---|
| Lowest projected escrow balance  November, 2021 | | $354.00 | (Calculated in Part 3 - Escrow account projections table) |
| Bankruptcy adjustment‡ | + | $690.98 | |
| Minimum balance for the escrow account† | - | $485.32 | (Calculated as: $242.66 X 2 months) |
| **Escrow overage** | = | $559.66 | |

‡This adjustment of $690.98, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

**Loan Number:** ███████

## Part 3 - Escrow account projections

Escrow account projections from March, 2021 to February, 2022

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Feb 2021 | | | Starting balance | $1,081.97 | $1,213.29 |
| Mar 2021 | $242.66 | $0.00 | | $1,324.63 | $1,455.95 |
| Apr 2021 | $242.66 | $0.00 | | $1,567.29 | $1,698.61 |
| May 2021 | $242.66 | $0.00 | | $1,809.95 | $1,941.27 |
| Jun 2021 | $242.66 | $0.00 | | $2,052.61 | $2,183.93 |
| Jul 2021 | $242.66 | $0.00 | | $2,295.27 | $2,426.59 |
| Aug 2021 | $242.66 | $0.00 | | $2,537.93 | $2,669.25 |
| Sep 2021 | $242.66 | $0.00 | | $2,780.59 | $2,911.91 |
| Oct 2021 | $242.66 | $1,411.97 | STATE FARM INS | $1,611.28 | $1,742.60 |
| Nov 2021 | $242.66 | $1,499.94 | HARDIN COUNTY | **$354.00** | **$485.32** |
| Dec 2021 | $242.66 | $0.00 | | $596.66 | $727.98 |
| Jan 2022 | $242.66 | $0.00 | | $839.32 | $970.64 |
| Feb 2022 | $242.66 | $0.00 | | $1,081.98 | $1,213.30 |
| Totals | $2,911.92 | $2,911.91 | | | |

## Part 4 - Escrow account history

Escrow account activity from March, 2020 to February, 2021

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Mar 2020 | | | | | | | Starting Balance | -$1,462.68 | $1,377.88 | -$2,840.56 |
| Mar 2020 | $299.92 | $275.58 | $24.34 | $0.00 | $0.00 | $0.00 | | -$1,162.76 | $1,653.46 | -$2,816.22 |
| Apr 2020 | $299.92 | $275.58 | $24.34 | $0.00 | $0.00 | $0.00 | | -$862.84 | $1,929.04 | -$2,791.88 |
| May 2020 | $299.92 | $275.58 | $24.34 | $0.00 | $0.00 | $0.00 | | -$562.92 | $2,204.62 | -$2,767.54 |
| Jun 2020 | $299.92 | $275.58 | $24.34 | $0.00 | $0.00 | $0.00 | | -$263.00 | $2,480.20 | -$2,743.20 |
| Jul 2020 | $599.84 | $275.58 | $324.26 | $0.00 | $0.00 | $0.00 | | $336.84 | $2,755.78 | -$2,418.94 |
| Aug 2020 | $0.00 | $275.58 | -$275.58 | $0.00 | $0.00 | $0.00 | | $336.84 | $3,031.36 | -$2,694.52 |
| Sep 2020 | $579.68 | $275.58 | $304.10 | $1,411.97 | $0.00 | $1,411.97 | STATE FARM INS | -$495.45 | $3,306.94 | -$3,802.39 |
| Oct 2020 | $559.52 | $275.58 | $283.94 | $0.00 | $1,533.11 | -$1,533.11 | STATE FARM INS | $64.07 | $2,049.41 | -$1,985.34 |
| Nov 2020 | $279.76 | $275.58 | $4.18 | $1,499.94 | $1,773.83 | -$273.89 | HARDIN COUNTY | -$1,156.11 | $551.16 | -$1,707.27 |
| Dec 2020 | $279.76 | $275.58 | $4.18 | $0.00 | $0.00 | $0.00 | | -$876.35 | $826.74 | -$1,703.09 |
| Jan 2021 (estimate) | $1,678.56 | $275.58 | $1,402.98 | $0.00 | $0.00 | $0.00 | | $802.21 | $1,102.32 | -$300.11 |
| Feb 2021 (estimate) | $279.76 | $275.58 | $4.18 | $0.00 | $0.00 | $0.00 | | $1,081.97 | $1,377.90 | -$295.93 |
| Totals | $5,456.56 | $3,306.96 | $2,149.60 | $2,911.91 | $3,306.94 | -$395.03 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19